**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

Case No. 16-61434-CIV-MARTINEZ-GOODMAN

ROOR, a German Corporation

      Plaintiff,

v.

PEACE BROTHERS DISTRIBUTING, CORP.
d/b/a PEACE PIPE, a Florida corporation,

      Defendant

vs.

BANK OF AMERICA, N.A.
      Garnishee.

_____/

**MOTION FOR FINAL JUDGMENT AGAINST**
**GARNISHEE BANK OF AMERICA, N.A.**

      **COMES NOW** the Plaintiff, ROOR by and through the undersigned attorney and moves for Final Judgment Against the Garnishee, BANK OF AMERICA, N.A. ("Garnishee") and Taxation of Costs Against the Defendant, PEACE BROTHERS DISTRIBUTING, CORP. ("Defendant") and would show as grounds therefore that the garnishee has reported an indebtedness to the Defendant by virtue of bank accounts ending in 0762, 1167, 1170, and 1183  in the name of "PEACE BROTHERS DISTRIBUTING, CORP" in the amount of $16,777.41, and the garnishee has retained the amount of $16,777.41 and Plaintiff has incurred costs herein in the amount of $145.00.

      WHEREFORE, Plaintiff requests this Honorable Court to enter a Final Judgment against the Garnishee in the amount of $16,777.41, plus post-judgment interest at 4.34% and costs of this proceeding should be taxed against the Defendant PEACE BROTHERS DISTRIBUTING, CORP.

<u>**CERTIFICATE OF SERVICE**</u>

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on the 29th day of August 2022 to: via U.S. mail/CM/ECF to Defendant, PEACE BROTHERS DISTRIBUTING, CORP. d/b/a PEACE PIPE c/o Matthew Ward, President, 4800 N. Dixie Hwy, Oakland Park, FL 33334, and via email at anmpeacepipe@gmail.com and electronically to Joseph A. Noa, Esq., Attorney for Garnishee at e-service@noalawfirm.com; and Jamie Alan Sasson, Esq. at jsasson@legalbrains.com and Serv513@LegalBrains.com.

**M.A. Dinkin Law Firm, P.L.L.C.**
By: _____/s/ Mitchell A. Dinkin_____
**Mitchell A. Dinkin, Esquire**
Florida Bar No.: 0975125
*Attorney for Plaintiff*
3319 S.R. 7, Suite 303
Wellington, FL 33449
Tel. (561) 207-7684
Fax: (561) 612-7807
Primary e-mail: mdinkin@madlegal.net
Secondary e-mail: lucyd@madlegal.net