UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 16-61434-CIV-MARTINEZ-BECERRA

ROOR,

    Plaintiff,

v.

PEACE BROTHERS DISTRIBUTING CORP.
d/b/a PEACE PIPE,

    Defendant

v.

BANK OF AMERICA, N.A.,

    Garnishee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff ROOR's Motion for Final Judgment (the "Motion"), (ECF No. 49). Judge Becerra filed a Report and Recommendation recommending that: (1) the Motion be granted; (2) a final judgment in favor of Plaintiff and against Garnishee Bank of America, N.A., be entered in the amount of $16,777.41; (3) a final judgment in favor of Plaintiff and against Defendant Peace Brothers Distributing Corp. be entered in the amount of $145.00 in costs; and (4) Plaintiff be required to pay Garnishee the $100.00 statutory garnishment fee if Plaintiff had not already done so. (ECF No. 53 at 4–5.) This Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is:

    **ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 53), is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ORDERED AND ADJUDGED** that:

    1.    The Motion, (ECF No. 49), is **GRANTED**.

    2.    Plaintiff shall be awarded judgment against Garnishee in the amount of $16,777.41

plus post-judgment interest.

3.  Plaintiff shall be awarded judgment against Defendant in the amount of $145.00 in costs plus post-judgment interest.

4.  If Plaintiff has not yet done so, Plaintiff shall pay Garnishee the $100.00 statutory garnishment fee it is owed **within seven days from the date of the Final Judgment**.

5.  Final Judgment will be entered by separate order.

6.  This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of March, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record